**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER LANGONE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12- CV-1646 |
| | ) | |
| v. | ) | Judge Charles Norgle, Sr. |
| | ) | |
| DANNY SOBOT, | ) | Magistrate Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

## DANNY SOBOT'S MOTION TO DISMISS PER RULE 12(b)(6)

Defendant Danny Sobot, by his attorneys, Valorem Law Group, brings this Motion to Dismiss Christopher Langone's complaint under Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Sobot states as follows:

1. Langone filed a complaint against Sobot on March 7, 2012 seeking to step into the shoes of and recover "losses" on behalf of two entities, Hubdub, Ltd. and Left Tackle LLC, under the *qui tam* provision of the Illinois Gambling Loss Recovery Act ("LRA"), 720 ILCS 5/28-8(b).

2. The complaint fails to state a cause of action upon which relief can be granted because it does not: (a) identify an appropriate "loser" under the LRA; (b) fails to allege facts that would bring the conduct within the purview of the LRA; and (c) fails to allege losses on a contest-by-contest basis.

3. Sobot sets forth the basis for this motion in the attached supporting memorandum, which is incorporated herein.

WHEREFORE, Danny Sobot respectfully requests that this Court find that Christopher Langone's complaint be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: May 3, 2012            Respectfully submitted,

           By:    /s/ Nicole Nehama Auerbach
                 One of the Attorneys for Defendant

Nicole Nehama Auerbach (ARDC No. 6217095)
Henry Turner (ARDC No. 6295517)
VALOREM LAW GROUP, LLC
35 E. Wacker Drive, Ste. 3000
Chicago, IL 60601
nicole.auerbach@valoremlaw.com
hank.turner@valoremlaw.com
312-676-5469 (phone)

## **CERTIFICATE OF SERVICE**

     I certify that a copy of this **Motion to Dismiss per Rule 12(b)(6)** was filed electronically on May 3, 2012. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                   /s/ Nicole Nehama Auerbach